UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELI BURSTEIN | : | NO.: 2:19-cv-1282 |
| | : | |
| v. | : | |
| | : | |
| WERNER ENTERPRISES, INC., AND | : | |
| GARRYVIGALIZ FERNANDEZ | : | AUGUST 16 2019 |

## **NOTICE OF REMOVAL**

To the United States District Court for the District of Connecticut.

Pursuant to 28 U.S.C. §§1332, 1441, and 1446, the defendants, WERNER ENTERPRISES, INC., and GARRYVIGALIZ FERNANDEZ, hereby give notice that they have removed this action from the Superior Court of Connecticut, Judicial District of Hartford, for the following reasons:

1. This action was commenced by the issuance of Summons and Complaint dated July 19, 2019, and addressed to Werner Enterprises, Inc., and Garryvigaliz Fernandez.  Service was made on the named defendant, Garryvigaliz Fernandez by serving copies of the summons and complaint on the Commissioner of Motor Vehicles of the State of Connecticut, and on Werner Enterprises, Inc., by leaving with National Registered Agents, its Registered Agent for Service with and in the hands of Gary J. Scappini, Manager on March 19, 2019.

2. The above-described action is a civil action and is one which may be removed to the Court by petitioners defendants pursuant to the provisions of Title 28, United States Code §§ 1332 and 1441 in that the controversy involves a claim under a diversity of jurisdiction.  The complaint asserts a motor vehicle action brought by

Connecticut residents, claiming serious and permanent personal injuries arising out of a motor vehicle accident that occurred on September 3, 2017 on I91 South.  Plaintiff, Eli Burstein is a resident of the State of Colorado.  The defendant, Werner Enterprises, Inc. is a Nebraska corporation and the defendant Garryvigaliz is a resident of the Commonwealth of Massachusetts.  Therefore, this action involves a controversy wholly between citizens of different states.  There is complete diversity of citizenship.

3.     The plaintiff's complaint Statement of Demand states that the legal interest or property in demand is greater than $15,000.00, exclusive of interest and costs. The plaintiff claims that as a result of the defendants' negligence, he sustained severe and permanent injuries to his thoracic, and cervical spine. The plaintiff further claims that as a result of the defendants' negligence he sustained economic damages of past, present and future medical expenses, past, present and future lost wages and loss of earning capacity. The plaintiff claims non-economic damages of past, present and future loss of enjoyment of life's activities, disability or impairments, and fear resulting from increased risk of future medical treatment. The amount in controversy exceeds $75,000.00.

4.     The action is returnable in the Superior Court for the Judicial District of Hartford at Hartford on August 27, 2019.

5.     Attached hereto, in compliance with 28 U.S.C. §1446(a), are complete and accurate copies of the process and pleadings received by the defendants as follows:  (a) Complaint; (b) Summons to Werner Enterprises, Inc., and Garryvigaliz Fernandez; and (c) a statement of amount in demand.

6. In Count One of the Complaint alleges that the defendant, Garryvigaliz Fernandez failed to observe the plaintiff, Eli Burstein's vehicle decelerating and caused the tractor trailer, owned by Defendant, Werner Enterprises, Inc. to suddenly and without warning, collide with the rear of Plaintiff's vehicle.

7. In Count Two of the Complaint, the plaintiff, Eli Burstein alleges that the defendant, Werner Enterprises, Inc. was negligent.

8. The defendants Werner Enterprises, Inc., and Garryvigaliz Fernandez, deny all such allegations against them.

9. Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. §1332. The action may be removed to this Court pursuant to 28 U.S.C. §§1441, 1332 and 1446 as there is complete diversity of citizenship among the parties

**WHEREFORE**, petitioners pray that the above action now pending in Superior Court at 95 Washington Street, Hartford, Connecticut, be removed therefrom to this Court.

DEFENDANTS,
WERNER ENTERPRISES, INC., AND
GARRYVIGALIZ FERNANDEZ

By */s/ Bryan J. Haas*
  Bryan J. Haas
  ct27710
  Howd & Ludorf, LLC
  65 Wethersfield Avenue
  Hartford, CT  06114-1190
  Hartford, CT  06114-1190
  (860) 249-1361
  (860) 249-7665 (fax)
  e-mail: bhaas@hl-law.com

**CERTIFICATION**

      This is to certify that on August 16, 2019, a copy of the foregoing Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Kevin F. Brignole, Esquire
Brignole, Bush and Lewis, LLC
73 Wadsworth Street
Hartford, CT 06106

                                          */s/ Bryan J. Haas*
                                          Bryan J. Haas