| | |
|---|---|
| RETURN DATE: AUGUST 27, 2019 | SUPERIOR COURT |
| ELI BURSTEIN | J.D. OF HARTFORD |
| V. | AT HARTFORD |
| GARRYVIGALIZ FERNANDEZ and WERNER ENTERPRISES, INC. | JULY 19, 2019 |

## COMPLAINT

**COUNT ONE:** **Negligence against Garryvigaliz Fernandez**

1. At all times material herein, ELI BURSTEIN is a resident of the State of Colorado.

2. At all times material herein, the Defendant, Garryvigaliz Fernandez, is a resident of the City of Springfield in the Commonwealth of Massachusetts.

3. At all times material herein, the Defendant, Werner Enterprises, Inc., is a Nebraska Corporation with a principal place of business in Omaha, Nebraska.

4. On or about September 3, 2017, at approximately 1:45 a.m., ELI BURSTEIN was operating a motor vehicle in a southerly direction on interstate 91 in Hartford, Connecticut.

5. At said time, date and place, the Defendant, Garryvigaliz Fernandez, was operating a tractor trailer, owned by Defendant, Werner Enterprises, Inc., directly to the rear of the ELI BURSTEIN'S vehicle.

6. As ELI BURSTEIN slowed his vehicle for accumulating traffic, the Defendant, Garryvigaliz Fernandez, failed to observe ELI BURSTEIN'S vehicle decelerating and caused the

tractor trailer, owner by Defendant, Werner Enterprises, Inc. to suddenly and without warning collide with the rear of ELI BURSTEIN'S vehicle..

7. Due to said rear end collision, ELI BURSTEIN sustained severe and serious injuries to his cervical spine, thoracic spine, and lumbar spine.

8. The injuries and damages sustained by ELI BURSTEIN were a direct and proximate result of the negligence of Defendant, Garryvigaliz Fernandez.

9. The Defendant, Garryvigaliz Fernandez, was negligent in one or more of the following acts and/or omissions:

   a. IN THAT he was following ELI BURSTEIN'S vehicle more closely than was reasonable having regard for the speed of such vehicles, the traffic upon and the condition of the highway and the intersection of streets, in violation of Connecticut General Statutes § 14-240;

   b. IN THAT he was following ELI BURSTEIN'S vehicle more closely than was reasonable having regard for the speed of such vehicles, the traffic upon and the condition of the highway and the intersection of streets;

   c. IN THAT he operated his truck at a greater rate of speed than was reasonable, having regard for the speed of such vehicles, the traffic upon and the condition of

      the highway and intersection of streets, in violation of <u>Connecticut General Statutes</u> § 14-218a;

  d. IN THAT he operated his truck at a greater rate of speed than was reasonable, having regard for the speed of such vehicles, the traffic upon and the condition of the highway and intersection of streets;

  e. IN THAT he failed to keep his vehicle under reasonable and proper control;

  f. IN THAT he was inattentive and failed to keep a reasonable and proper lookout;

  g. IN THAT he failed to turn his vehicle to the left or right or stop his vehicle in time to avoid the collision;

  h. IN THAT he failed to apply his brakes in time to avoid the collision;

  i. IN THAT he failed to heed or observe the warning signs of stopped traffic in the area;

  j. IN THAT he failed to heed or give the right of way to ELI BURSTEIN'S brake lights as he approached her vehicle.

10. As a result of the negligence and carelessness of Defendant Garryvigaliz Fernandez, as aforesaid, ELI BURSTEIN was caused to suffer the aforementioned injuries, as well as, a severe shock to his nervous system and body. All of the said injuries have caused ELI

BURSTEIN severe pain, mental anguish, distress of mind and some or all of said injuries or the effects thereof are or are likely to be permanent in nature.

11. As a result of the negligence and carelessness of Defendant Garryvigaliz Fernandez, ELI BURSTEIN has sustained economic damages of past, present and future medical expenses, past, present and future lost wages, and loss of earning capacity.

12. As a result of the negligence and carelessness of Defendant Garryvigaliz Fernandez, ELI BURSTEIN sustained non-economic damages of past, present and future physical pain and suffering, past, present and future emotional pain and suffering, past, present and future loss of enjoyment of life's activities, disability or impairments, and fear resulting from increased risk of future medical treatment.

**COUNT TWO:** **Negligence against Werner Enterprises, Inc.**

1-12. Paragraphs One through Twelve of Count One are hereby incorporated by reference and made paragraphs One through Twelve of Count Two as if more fully set forth herein.

13. At all times mentioned herein, the Defendant, Werner Enterprises, Inc., was the owner of the tractor trailer operated by Defendant, Garryvigaliz Fernandez.

14. At all times mentioned herein, Defendant Garryvigaliz Fernandez, was operating the tractor trailer owned by Defendant, Werner Enterprises, Inc., with is permission.

15. At all times mentioned herein, Defendant Garryvigaliz Fernandez, was operating the tractor trailer owned by Defendant, Werner Enterprises, Inc., as its agent, servant, and/or employee.

16. The Defendant, Werner Enterprises, Inc., is liable to ELI BURSTEIN pursuant to C.G.S. § 52-183.

**WHEREFORE, ELI BURSTEIN prays for relief as follows:**

1. Money damages;

2. Fees and costs;

3. Such other and further relief as this court deems just and equitable.

                PLAINTIFF
                ELI BURSTEIN,

By _____
       KEVIN BRIGNOLE
       BRIGNOLE, BUSH & LEWIS
       73 Wadsworth Street
       Hartford, Connecticut 06106
       T: (860) 527-9973
       F: (860) 527-5929
       Juris #: 436173

| | |
|---|---|
| **RETURN DATE: AUGUST 27, 2019** | **SUPERIOR COURT** |
| **ELI BURSTEIN** | **J.D. OF HARTFORD** |
| V. | **AT HARTFORD** |
| **GARRYVIGALIZ FERNANDEZ and WERNER ENTERPRISES, INC.** | **JULY 19, 2019** |

## STATEMENT RE AMOUNT IN DEMAND

The Plaintiff in the above-captioned matter represents that the amount, legal interest or property in demand is greater than Fifteen Thousand and 00/100 ($15,000.00) Dollars, exclusive of interest and costs.

        PLAINTIFF
        ELI BURSTEIN,

By_____
        KEVIN BRIGNOLE
        BRIGNOLE, BUSH & LEWIS
        73 Wadsworth Street
        Hartford, Connecticut 06106
        T: (860) 527-9973
        F: (860) 527-5929
        Juris #: 436173