UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELI BURSTEIN | : | NO.:3:19-CV-1282 (JBA) |
| | : | |
| v. | : | |
| | : | |
| WERNER ENTERPRISES, INC. AND | : | |
| GARRYVIGALIZ FERNANDEZ | : | JUNE 19, 2020 |

## **WITHDRAWAL OF ACTION**

The Plaintiff, ELI BURSTEIN, hereby withdraws this civil action as to all Defendants. This action is being withdrawn due to private settlement between the parties.

PLAINTIFF,
ELI BURSTEIN,


By: s/ *KEVIN BRIGNOLE*
KEVIN BRIGNOLE
Brignole, Bush & Lewis
73 Wadsworth Street
Hartford, CT 06106
T: (860) 527-9973
F: (860) 527-5929
kevin@brignole.com
Juris #: CT30048

## **CERTIFICATION**

      This is to certify that on June 19, 2020, a copy of the foregoing Withdrawal of Action was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                   s/ *KEVINBRIGNOLE*
                                                   KEVIN BRIGNOLE